UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 25, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EUSEBIO CRUZ,<br><br>　　　　　Defendant. | Case No.  2:24-cr-00306-DAD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  EUSEBIO CRUZ, Case No. 2:24-cr-00306-DAD, Charge 21 U.S.C. § § 846, 841(a)(1), from custody for the following reasons:

　　____　Release on Personal Recognizance

　　_X_　Bail Posted in the Sum of $ 20,000.00.

　　　　_X_　Unsecured Appearance Bond $ 20,000.00.

　　　　____　Appearance Bond with 10% Deposit

　　　　____　Appearance Bond with Surety

　　　　____　Corporate Surety Bail Bond

　　　　_X_　(Other): The defendant shall report to the Pretrial Services Office on November 26, 2024 at 9:00 a.m.

Sacramento County Jail is further ORDERED to release the defendant with a _X_ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 25, 2024 at 2:16 p.m.

　　　　　　　　　　　　　　　　By: _/s/ Jeremy Peterson_
　　　　　　　　　　　　　　　　　　Magistrate Judge Jeremy D. Peterson