The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

EUSEBIO CRUZ

Case Number:  2:24-cr-00306 DAD-1

**WAIVER OF DEFENDANT'S PERSONAL PRESENCE (FRCP 43)**

      Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, Eusebio Cruz hereby waives the right to be present in person in open court upon the hearing of any motion or proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver, agrees that the defendant's interests will be deemed represented at all times the presence of defendant's attorney the same as if defendant were personally present, and further

1

agrees to be present in court ready for trial any day and hour the Court may fix in the defendant's absence.

Defendant further acknowledges being informed of his rights under 18 USC 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and delays under that Act without defendant's personal presence.

Dated: 1/6/2025                              /s/ Eusebio Cruz
                                             Eusebio Cruz, Defendant

I agree with and consent to my client's waiver of appearance.

Dated: 1/6/2025                              /s/ Olaf W. Hedberg
                                             Olaf W. Hedberg
                                             Attorney for Defendant

## ORDER

The Court will accept defendant Cruz's waiver of personal appearance for most, but not all, pretrial court appearances in this case. Specifically, the undersigned does not allow defendants to waive their appearance at trial confirmation.

IT IS SO ORDERED.

Dated:  **January 7, 2025**                  _____
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE