# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **United States of America** <br> vs. <br><br> Eusebio Cruz | ) <br> ) <br> ) Case No. 2:24-cr-00306-JAM-1 <br> ) <br> ) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Eusebio Cruz_____, have discussed with _____Evette Perez_____, Pretrial Services Officer, modifications of my release conditions as follows:

Remove "You must refrain from **(excessive)** use of alcohol" and *replace* it with "***You must refrain from any use of alcohol***"

***ADD: "You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer"***

Reason for modification: Mr. Cruz was in Idaho for work, and he provided proof of employment and the location where he would be staying during his employment there. On April 14, 2025, Mr. Cruz was arrested by Nampa Police Department officers for a DUI and subsequently bonded out of custody. Mr. Cruz called Pretrial Services immediately following his release from custody to disclose his arrest. His next court date in Idaho is set for May 22, 2025. Mr. Cruz admitted the noncompliance and consents to modifying his conditions to include outpatient substance abuse counseling and alcohol abstinence. He has remained in compliance with all other conditions of release and Pretrial Services is not requesting a formal violation hearing. To address his recent DUI, Pretrial Services will be increasing his drug testing frequency and seeking to modify his conditions to include substance abuse counseling and alcohol abstinence.

The Government concurs with the modification and proposed course of action. All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  04/28/25    _____  4/28/25
Signature of Defendant       Date       Signature of Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____  4/30/25
Signature of Assistant U.S. Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  4/28/25
Signature of Defense Counsel   Date

**CONSENT TO MODIFY CONDITIONS OF RELEASE**
**Eusebio Cruz**
**Page 2**

I am aware of the modification to the defendant's conditions of release and agree to continue to act as a third-party custodian.

_____    _____
Signature of Third-Party Custodian    Date

I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety.

_[signature]_____    4/26/2025
Signature of Surety    Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  May 7, 2025

[ ] The above modification of conditions of release is *not* ordered.

Dated: April 24, 2025

_[signature]_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE